DAVID W. SHAPIRO (SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 HARRISON STREET
SUITE 900
OAKLAND, CA 94612
dshapiro@bsfllp.com
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorney for Defendant
John Morgan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY<br>Defendants. | Case No. CR-05-00651 CW<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME FROM JANUARY 9, 2006 TO JANUARY 30, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**<br>**CONFIDENTIAL CJA FILE** |

The United States of America, by and through its attorneys, Kevin Ryan, United States Attorney for the Northern District of California, by Kirstin Ault, Assistant U.S. Attorney, and defendants TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY, and by their undersigned attorneys, hereby stipulate and agree that the date on which the defendants' pretrial motions shall be served and filed shall be continued from January 9, 2006 to January 30, 2006. The government's opposition shall be served and filed on February 6, 2006, and any replies shall be served and filed on February 15,



BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

2006 A hearing on the motions shall be heard on or after February 20, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 9, 2006 and January 30, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted this 6 th day of January 2006.

STIPULATED:

DATED:____________ 

KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/5/06 

DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED:____________ 

EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED:____________ 

RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED:____________ 

SHANA KEATING
Attorney for Defendant Kim Drago





BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

DATED:_____________

_______________________________
JEROME MATTHEWS
Attorney for Defendant Michael Downey

IT IS SO ORDERED:

DATED:_____________

_______________________________
CLAUDIA WILKIN
United States District Judge

2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 9, 2006 and January 30, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted this ____th day of January 2006.

STIPULATED:

DATED: 1/5/06

KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/5/06

DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED: ____________

EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED: ____________

RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED: ____________

SHANA KEATING
Attorney for Defendant Kim Drago

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 9, 2006 and January 30, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted this ____th day of January 2006.

STIPULATED:

DATED: __________ KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/5/06 DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED: 1/5/06 EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED: __________ RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED: __________ SHANA KEATING
Attorney for Defendant Kim Drago

2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 9, 2006 and January 30, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted this ____th day of January 2006.

STIPULATED:

DATED:____________

KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/5/06

DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED:____________

EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED: 1/6/06

RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED:____________

SHANA KEATING
Attorney for Defendant Kim Drago



BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 9, 2006 and January 30, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted this ____th day of January 2006.

STIPULATED:

DATED:__________

KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/5/06

DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED:__________

EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED:__________

RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED: 1/4/06

SHANA KEATING
Attorney for Defendant Kim Drago



BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

DATED: 1/4/06

JEROME MATTHEWS
Attorney for Defendant Michael Downey

IT IS SO ORDERED: Hearing on motions will be held on 2/27/06 at 2:00 p.m.

DATED: 1/10/06

CLAUDIA WILKIN
United States District Judge






BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA