1  DAVID W. SHAPIRO (SBN 219265)
   BOIES, SCHILLER & FLEXNER LLP
2  1999 HARRISON STREET
   SUITE 900
3  OAKLAND, CA 94612
   dshapiro@bsfllp.com
4  Telephone:    (510) 874-1000
   Facsimile:    (510) 874-1460
5
   Attorney for Defendant
6  John Morgan

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,            Case No. CR-05-00651 CW

13              Plaintiff,

14        vs.                            STIPULATION AND [PROPOSED]
                                         ORDER EXCLUDING TIME FROM
15                                       JANUARY 9, 2006 TO JANUARY 30,
                                         2006 FROM THE SPEEDY TRIAL ACT
16  TIFFANY TAYLOR, CHRISTOPHER          CALCULATION (18 U.S.C. §
    JOHNSON, JOHN MORGAN, KIM            3161(h)(8)(A))
17  DRAGO, and MICHAEL DOWNEY

18              Defendants.              CONFIDENTIAL CJA FILE

19

20        The United States of America, by and through its attorneys, Kevin Ryan, United States

21  Attorney for the Northern District of California, by Kirstin Ault, Assistant U.S. Attorney, and

22  defendants TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM

23  DRAGO, and MICHAEL DOWNEY, and by their undersigned attorneys, hereby stipulate and

24  agree that the date on which the defendants' pretrial motions shall be served and filed shall be

25  continued from January 9, 2006 to January 30, 2006. The government's opposition shall be

26  served and filed on February 6, 2006, and any replies shall be served and filed on February 15,

27

28                                          1

1   2006  A hearing on the motions shall be heard on or after February 20, 2006 or as directed by

2   the Court.

3       The parties hereby stipulate and agree that the time between January 9, 2006 and

4   January 30, 2006 shall be excluded from the calculation of time in which the trial of the

5   captioned matter must commence pursuant to the Speedy Trial Act.

6       The grounds for this exclusion are that counsel for defendants require additional time to

7   consult with their clients in connection with the effective preparation of motions and other

8   matters related to the defense of the case and to allow for the continuity of counsel in this case,

9   which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial

10  within the time limits established by the Speedy Trial Act. The parties agree that the ends of

11  justice served by the exclusion of this time outweigh the best interests of the public and the

12  defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

13      Respectfully submitted this 6 th day of January 2006.

14  STIPULATED:

15  DATED:_____

16                                          KIRSTEN M. AULT
                                            Assistant United States Attorney

17  DATED: 1/5/06

18                                          DAVID W. SHAPIRO
                                            Attorney for Defendant John Morgan

19  DATED:_____

20                                          EUGENE ILLOVSKY
                                            Attorney for Defendant Tiffany Taylor

21  DATED:_____

22                                          RANDALL KNOX
                                            Attorney for Defendant Christopher Johnson

23  DATED:_____

24                                          SHANA KEATING
                                            Attorney for Defendant Kim Drago

25

2

BOIES SCHILLER & FLEXNER LLP
OAKLAND CALIFORNIA

1    DATED:_____

2                                                    _____
                                                     JEROME MATTHEWS
                                                     Attorney for Defendant Michael Downey
3

4    IT IS SO ORDERED:

5    DATED:_____

6                                                    _____
                                                     CLAUDIA WILKIN
                                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 9, 2006 TO JANUARY 30, 2006 FROM THE
SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1  2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by

2  the Court.

3      The parties hereby stipulate and agree that the time between January 9, 2006 and

4  January 30, 2006 shall be excluded from the calculation of time in which the trial of the

5  captioned matter must commence pursuant to the Speedy Trial Act.

6

7      The grounds for this exclusion are that counsel for defendants require additional time to

8  consult with their clients in connection with the effective preparation of motions and other

9  matters related to the defense of the case and to allow for the continuity of counsel in this case,

10  which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial

11  within the time limits established by the Speedy Trial Act. The parties agree that the ends of

12  justice served by the exclusion of this time outweigh the best interests of the public and the

13  defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

14

15      Respectfully submitted this ____ th day of January 2006.

16

17  STIPULATED:

18  DATED: 1/5/06

19

                                KIRSTEN M. AULT
                                Assistant United States Attorney

20  DATED: 1/5/06

21
                                DAVID W. SHAPIRO
                                Attorney for Defendant John Morgan

22  DATED: _____

23
                                EUGENE ILLOVSKY
                                Attorney for Defendant Tiffany Taylor

24  DATED: _____

25
                                RANDALL KNOX
                                Attorney for Defendant Christopher Johnson

26  DATED: _____

27
                                SHANA KEATING
                                Attorney for Defendant Kim Drago

28

2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 9, 2006 TO JANUARY 30, 2006 FROM THE

1  2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by

2  the Court.

3      The parties hereby stipulate and agree that the time between January 9, 2006 and

4  January 30, 2006 shall be excluded from the calculation of time in which the trial of the

5  captioned matter must commence pursuant to the Speedy Trial Act.

6

7      The grounds for this exclusion are that counsel for defendants require additional time to

8  consult with their clients in connection with the effective preparation of motions and other

9  matters related to the defense of the case and to allow for the continuity of counsel in this case,

10  which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial

11  within the time limits established by the Speedy Trial Act. The parties agree that the ends of

12  justice served by the exclusion of this time outweigh the best interests of the public and the

13  defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

14

15      Respectfully submitted this ____th day of January 2006.

16

17  STIPULATED:

18  DATED:_____                    KIRSTEN M. AULT
                                      Assistant United States Attorney
19

20  DATED: 1/3/06                     DAVID W. SHAPIRO
                                      Attorney for Defendant John Morgan
21

22  DATED: 1/5/06                     EUGENE ILLOVSKY
                                      Attorney for Defendant Tiffany Taylor
23

24  DATED:_____                    RANDALL KNOX
                                      Attorney for Defendant Christopher Johnson
25

26  DATED:_____                    SHANA KEATING
                                      Attorney for Defendant Kim Drago
27

28                                    2

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1   2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by

2   the Court.

3       The parties hereby stipulate and agree that the time between January 9, 2006 and

4   January 30, 2006 shall be excluded from the calculation of time in which the trial of the

5   captioned matter must commence pursuant to the Speedy Trial Act.

6

7       The grounds for this exclusion are that counsel for defendants require additional time to

8   consult with their clients in connection with the effective preparation of motions and other

9   matters related to the defense of the case and to allow for the continuity of counsel in this case,

10  which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial

11  within the time limits established by the Speedy Trial Act. The parties agree that the ends of

12  justice served by the exclusion of this time outweigh the best interests of the public and the

13  defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

14

15      Respectfully submitted this ____th day of January 2006.

16

17  STIPULATED:

18  DATED:_____          KIRSTEN M. AULT
                                Assistant United States Attorney
19

20  DATED: 1/5/06               _____
                                DAVID W. SHAPIRO
21                              Attorney for Defendant John Morgan

22  DATED:_____          _____
                                EUGENE ILLOVSKY
23                              Attorney for Defendant Tiffany Taylor

24  DATED: 1/6/06               _____
                                RANDALL KNOX
25                              Attorney for Defendant Christopher Johnson

26  DATED:_____          _____
                                SHANA KEATING
27                              Attorney for Defendant Kim Drago

28                                          2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 9, 2006 TO JANUARY 30, 2006 FROM THE
SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1 2006. A hearing on the motions shall be heard on or after February 20, 2006 or as directed by

2 the Court.

3 The parties hereby stipulate and agree that the time between January 9, 2006 and

4

5 January 30, 2006 shall be excluded from the calculation of time in which the trial of the

6 captioned matter must commence pursuant to the Speedy Trial Act.

7 The grounds for this exclusion are that counsel for defendants require additional time to

8 consult with their clients in connection with the effective preparation of motions and other

9 matters related to the defense of the case and to allow for the continuity of counsel in this case,

10 which make it unreasonable to expect adequate preparation for pretrial proceedings or retrial

11 within the time limits established by the Speedy Trial Act. The parties agree that the ends of

12 justice served by the exclusion of this time outweigh the best interests of the public and the

13 defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

14

15 Respectfully submitted this _____th day of January 2006.

16

17 STIPULATED:

18 DATED:_____

19 KIRSTEN M. AULT
Assistant United States Attorney

20 DATED: 1/3/06

21 DAVID W. SHAPIRO
Attorney for Defendant John Morgan

22 DATED:_____

23 EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

24 DATED:_____

25 RANDALL KNOX
Attorney for Defendant Christopher Johnson

26 DATED: 1/4/06

27 SHANA KEATING
Attorney for Defendant Kim Drago

28 2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 9, 2006 TO JANUARY 30, 2006 FROM THE
SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1    DATED: 1/4/06 _____

2                                      JEROME MATTHEWS
                                       Attorney for Defendant Michael Downey
3

4    IT IS SO ORDERED:      Hearing on motions will be held on 2/27/06 at 2:00 p.m.

        1/10/06
5    DATED: _____
                                       CLAUDIA WILKIN
6                                      United States District Judge

7

8

9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3