1  DAVID W. SHAPIRO (SBN 219265)
   BOIES, SCHILLER & FLEXNER LLP
2  1999 HARRISON STREET
   SUITE 900
3  OAKLAND, CA 94612
   dshapiro@bsfllp.com
4  Telephone:   (510) 874-1000
   Facsimile:   (510) 874-1460
5
   Attorney for Defendant
6  John Morgan

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12 | UNITED STATES OF AMERICA,           | Case No. CR-05-00651 CW
13 |                    Plaintiff,       |
14 |         vs.                         | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**
15 |                                     |
16 | TIFFANY TAYLOR, CHRISTOPHER         |
17 | JOHNSON, JOHN MORGAN, KIM           |
   | DRAGO, and MICHAEL DOWNEY           |
18 |                    Defendants.      |

19

20     The United States of America, by and through its attorneys, Kevin Ryan, United States

21 Attorney for the Northern District of California, by Kirstin Ault, Assistant U.S. Attorney, and

22 defendants TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM

23 DRAGO, and MICHAEL DOWNEY, and by their undersigned attorneys, hereby stipulate and

24 agree that the date on which the defendants' pretrial motions shall be served and filed shall be

25 continued from January 30, 2006 to March 1, 2006. The government's opposition shall be

26 served and filed on March 8, 2006, and any replies shall be served and filed on March 17, 2006.

27

28                                        1

A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 30, 2006 and March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED:_____

_____
KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/23/06

_____
DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED:_____

_____
EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED:_____

_____
RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED:_____

_____
SHANA KEATING
Attorney for Defendant Kim Drago

1  DATED:_____

                                                    JEROME MATTHEWS
2                                               Attorney for Defendant Michael Downey

3

4  IT IS SO ORDERED:

5  DATED:_____

                                                    CLAUDIA WILKIN
6                                                      United States District Judge

3

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 30, 2006 and March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED: 1/23/06

KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/23/06

DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED: _____

EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED: _____

RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED: _____

SHANA KEATING
Attorney for Defendant Kim Drago

2

STIPULATION AND (PROPOSED) ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1   A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

2   The parties hereby stipulate and agree that the time between January 30, 2006 and
3   March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned
4   matter must commence pursuant to the Speedy Trial Act.

5   The grounds for this exclusion are that counsel for defendants require additional time to
6   consult with their clients in connection with the effective preparation of motions and other
7   matters related to the defense of the case and to allow for the continuity of counsel in this case,
8   which make it unreasonable to expect adequate preparation for pretrial proceedings or trial
9   within the time limits established by the Speedy Trial Act. The parties agree that the ends of
10  justice served by the exclusion of this time outweigh the best interests of the public and the
11  defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED: _____

DATED: 1/23/06

DATED: 1/23/06

DATED: _____

DATED: _____

KIRSTEN M. AULT
Assistant United States Attorney

DAVID W. SHAPIRO
Attorney for Defendant John Morgan

EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

RANDALL KNOX
Attorney for Defendant Christopher Johnson

SHANA KEATING
Attorney for Defendant Kim Drago

2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1  A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

2  The parties hereby stipulate and agree that the time between January 30, 2006 and
3  March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned
4  matter must commence pursuant to the Speedy Trial Act.

5  The grounds for this exclusion are that counsel for defendants require additional time to
6  consult with their clients in connection with the effective preparation of motions and other
7  matters related to the defense of the case and to allow for the continuity of counsel in this case,
8  which make it unreasonable to expect adequate preparation for pretrial proceedings or trial
9  within the time limits established by the Speedy Trial Act. The parties agree that the ends of
10 justice served by the exclusion of this time outweigh the best interests of the public and the
11 defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED:_____

KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/23/06

DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED:_____

EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED: 1/30/06

RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED:_____

SHANA KEATING
Attorney for Defendant Kim Drago

2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY
TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1   A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

2   The parties hereby stipulate and agree that the time between January 30, 2006 and
3   March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned
4   matter must commence pursuant to the Speedy Trial Act.

5   The grounds for this exclusion are that counsel for defendants require additional time to
6   consult with their clients in connection with the effective preparation of motions and other
7   matters related to the defense of the case and to allow for the continuity of counsel in this case,
8   which make it unreasonable to expect adequate preparation for pretrial proceedings or trial
9   within the time limits established by the Speedy Trial Act. The parties agree that the ends of
10  justice served by the exclusion of this time outweigh the best interests of the public and the
11  defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED:_____

_____
KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/23/06

_____
DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED:_____

_____
EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED:_____

_____
RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED: 1/23/06

_____
SHANA KEATING
Attorney for Defendant Kim Drago

2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY
TRIAL ACT CALCULATION (18 U.S.C. § 3161(b)(8)(A))

1  DATED: 1/25/06                     /s/ Jerome Matthews
2                                     JEROME MATTHEWS
                                      Attorney for Defendant Michael Downey
3
   IT IS SO ORDERED:  A HEARING ON THE MOTIONS WILL BE HELD ON
4                     MARCH 27, 2006, AT 2:00 P.M.

5  DATED: 1/31/06
                                      CLAUDIA WILKIN
6                                     United States District Judge

**IT IS SO ORDERED**
*Claudia Wilken*
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

01/25/2006 WED 12:11  [TX/RX NO 7267]