1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MICHAEL DOWNEY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-05 00651 CW
                                       )
12              Plaintiff,             )    STIPULATION AND ORDER
                                       )    CONTINUING MOTIONS HEARING
13  vs.                                )    DATE; REQUEST FOR SETTLEMENT
                                       )    CONFERENCE REFERRAL
14  MICHAEL DOWNEY, et al.,            )
                                       )
15                                     )
                Defendants.            )
16  _____

17

18         This multi-defendant case comprises charges of conspiracy, access device fraud and

19  identity theft.  The defendants are preparing to file a number of motions on March 27, 2006,

20  including motions to suppress physical evidence and statements, and a facial challenge to 18

    U.S.C. § 1028A.  The Court presently is scheduled to hear these motions on April 17, 2006.  The
21
    parties also have been involved in negotiations to resolve this matter short of trial, and have
22
    made some progress.  The parties feel, however, that a referral to a settlement conference will
23
    assist in achieving a final resolution.
24
           AUSA Kirstin Ault is scheduled to begin a 2-week trial on March 20, 2006, and will be
25
    unable to participate in a settlement conference until trial is concluded.  Defense counsel are
26

    STIP/ORD                          1

1  prepared to file the motions under the present briefing schedule, namely by March 27, 2006.  To

2  accommodate the government's trial schedule and to place this matter in the best possible

3  posture for settlement, the parties believe that the government should be afforded additional time

4  to respond to the motions, and that the motions hearing be continued until after the settlement

5  conference has taken place.  The parties anticipate setting the settlement conference for a date

6  during the weeks of April 3, 2006 or April 10, 2006.

7  It is therefore STIPULATED AND AGREED that defendants will file their motions by

8  March 27, 2006, in conformity with the existing briefing schedule.  The government shall file its

9  opposition briefs by April 24, 2006, and the defendants shall file any reply briefs by May 2,

10  2006.  The motions shall be heard on May 15, 2006.  Time under the Speedy Trial Act shall be

11  excluded until May 15, 2006 due to the pendency of the motions.  18 U.S.C. § 3161(h)(1)(F).

12  /S/

13  Dated: 3/15/06  _____
    KIRSTIN AULT
14  Assistant United States Attorney

15  /S/
    Dated: 3/16/06  _____
16  SHANA KEATING
    Attorney for Kim Drago

17  /S/
18  Dated: 3/16/06  _____
    RANDALL KNOX
19  Attorney for Christopher Johnson

20  /S/
    Dated: 3/16/06  _____
21  EUGENE ILLOVSKY
    Attorney for Tiffany Taylor

22  /S/
23  Dated: 3/15/06  _____
    DAVID SHAPIRO
24  Attorney for John Morgan

25

26

STIP/ORD                                        2

1

2  Dated: 3/16/06

/S/

_____
JEROME E. MATTHEWS

3  Assistant Federal Public Defender
Attorney for Michael Downey

4

5  I hereby attest that I have on file all holograph signatures for any signtures indicated by a

6  "conformed" signature (/S/) within this efiled document.

7        Good cause appearing therefor, IT IS ORDERED that the briefing schedule be modified

8  as set forth in the foregoing stipulation, and that the motions hearing date be continued until

9  **May 15, 2006**.  Time under the Speedy Trial Act is excluded until May 15, 2006, given the

10  pendency of the motions.  A settlement conference referral shall issue under separate order.

11

12  Dated:  3/23/06

_____
CLAUDIA WILKEN

13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORD                                                  3