IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00651 CW |
| Plaintiff, | ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE |
| v. | |
| MICHAEL DOWNEY, et al., | |
| Defendants. / | |

Pursuant to Criminal Local Rule 11-1(b) and the request of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to a District Judge or Magistrate Judge for a settlement conference to be held at the convenience of the Judge's calendar. Counsel shall contact the Judge's chambers immediately after assignment to schedule a date and time for a settlement conference.

DATED: 3/27/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: Kurt Heiser