IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00651 CW |
| Plaintiff, | ORDER WITHDRAWING REFERENCE FROM MAGISTRATE JUDGE AND REFERRING CASE TO DISTRICT JUDGE FOR SETTLEMENT |
| v. | |
| TIFFANY TAYLOR, et al., | |
| Defendants. / | |

Pursuant to the request of counsel,

IT IS HEREBY ORDERED that the referral for settlement conference in the above-captioned action is withdrawn from Magistrate Judge Zimmerman and re-referred to District Court Judge Charles R. Breyer, as he has agreed to conduct the conference and is available on the date the parties request.

3/30/06

Dated

CLAUDIA WILKEN
United States District Judge

cc: CRB
    BZ
    Wings