KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7151
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 05-00651- CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING TIME FOR UNITED STATES' TO FILE OPPOSITIONS TO DEFENDANT'S MOTIONS AND DOCUMENTING THE EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT 18 U.S.C. § 3161 |
| v. | ) | |
| TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY, | ) | |
| Defendants. | ) | . |

Defendant Christopher Johnson is one of two remaining defendants who have not entered guilty pleas in this case.  Defendant Johnson was out of contact with his defense counsel from approximately January through June 2006.  During that time, the remainder of the defendants engaged in extensive settlement discussions with the United States, and the case was resolved against all but one of those defendants.  Defendant Johnson filed motions on August 4, 2006. The United States' response to those motions was due on August 18, 2006.  However, the parties are engaging in settlement discussions and agree that the United States' time to respond to the motions filed by defendant Johnson should be extended.  Therefore, the parties request that the Court extend the time for the filing of the United States' opposition to defendant Johnson's motions to September 18, 2006, one week before the next court date in this matter, and

document the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 due to the pendency of defendant Johnson's motions.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the date for the United States to respond to defendant Johnson's motions to September 18, 2006, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 5, 2006, through September 25, 2006, or the date when the Court resolves the defendant's motions, whichever is later. The parties agree, and the Court finds and holds, as follows:

1. Defendant Johnson is in custody.

2. Defendant Johnson agrees that the time for the United States to file its oppositions to his motions should be extended to September 18, 2006.

3. Defendant Johnson agrees that time is excluded under the Speedy Trial Act based upon the pendency of the motions he has filed in this matter.

4. Given these circumstances, the Court continues the date for the United States to file oppositions to defendant Johnson's motions to September 18, 2006, and documents the exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F).

STIPULATED:

DATED: September 5, 2006         /S/
                                 KIRSTIN M. AULT
                                 Assistant United States Attorney


DATED: August 30, 2006           /S/
                                 RANDALL KNOX
                                 Attorney for Defendant Johnson


IT IS SO ORDERED.

DATED: 9/7/06                    [signature] Claudia Wilken
                                 CLAUDIA WILKEN
                                 United States District Judge

2