1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7151
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )    No.    CR 05-00651- CW
                                     )
13         Plaintiff,                )    STIPULATION AND ORDER
                                     )    CONTINUING TIME FOR UNITED
14  v.                               )    STATES' TO FILE OPPOSITIONS TO
                                     )    DEFENDANT'S MOTIONS AND
15  TIFFANY TAYLOR, CHRISTOPHER      )    DOCUMENTING THE EXCLUSION OF
    JOHNSON, JOHN MORGAN, KIM        )    TIME UNDER THE SPEEDY TRIAL ACT
16  DRAGO, and MICHAEL DOWNEY,       )    18 U.S.C. § 3161
                                     )
17         Defendants.               )                     .
                                     )
18  _____)

19                    **STIPULATION**

20         Defendant Christopher Johnson is soon to be the sole remaining defendants who has not

21  entered a guilty plea in this case.  Defendant Johnson filed motions on August 4, 2006.  The

22  United States' response to those motions was initially due on August 18, 2006 but has been

23  continued to September 18, 2006.  The parties are continuing to engage in settlement discussions

24  and agree that the United States' time to respond to the motions filed by defendant Johnson

25  should be extended and that the case should be referred for a settlement conference in which the

26  defendant should be ordered to participate in person.  Therefore, the parties request that the

27  Court extend the time for the filing of the United States' opposition to defendant Johnson's

28  motions to October 31, 2006, to permit time for the parties to pursue a resolution of this matter.
    The parties

1

2   further request that the matter be placed on the Court's calendar on November 6, or as soon

3   thereafter as convenient, so that the parties may appraise the Court of the status of the case or

4   enter a change of plea.  In addition, the parties request that the matter be referred for a settlement

5   conference and suggest that the Honorable Charles R. Breyer, if available, would be an

6   appropriate settlement judge as that Court handled the settlement conference for the other

7   defendants in this case.  The parties further stipulate that an exclusion of time under the Speedy

8   Trial Act, 18 U.S.C. § 3161, is appropriate based on the pendency of the defendant's motions.

9

10  STIPULATED:

11

12  DATED:_____          _____
                                    KIRSTIN M. AULT
13                                  Assistant United States Attorney

14

15

16  DATED:_____          _____
                                    RANDALL KNOX
17                                  Attorney for Defendant Johnson

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the date for the United States to respond to defendant Johnson's motions to October 31, 2006, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 25, 2006, through November 6, 2006, or the date when the Court resolves the defendant's motions, whichever is later.  The parties agree, and the Court finds and holds, as follows:

1.  Defendant Johnson is in custody.

2.  Defendant Johnson agrees that the time for the United States to file its oppositions to his motions should be extended to October 31, 2006.

3.  Defendant Johnson agrees that time is excluded under the Speedy Trial Act based upon the pendency of the motions he has filed in this matter.

4.  The parties agree that the case should be referred for a settlement conference.

5.  Given these circumstances, the Court (1) continues the date for the United States to respond to the defendant's motions to October 31, 2006; (2) sets a hearing date of November 6, 2006 for status or change of plea; (3) refers the matter to the Honorable **Charles R. Breyer, if he is willing and available,** for a settlement conference and orders that the defendant participate in the conference in person; and (4) documents the exclusion of time under the Speedy Trial Act from September 25, 2006 to November 6, 2006, or until the Court has decided the defendant's motions, whichever is later, pursuant to 18 U.S.C. § 3161(h)(1)(F).

The pretrial conference set for September 25, 2006, and the jury trial set for October 10, 2006, are vacated.

IT IS SO ORDERED.

DATED:_____  9/20/06         _____
                                          CLAUDIA WILKEN
                                          United States District Judge

3