KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7151
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> CHRISTOPHER JOHNSON, <br>     Defendant. | No.  CR 05-00651- CW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING TIME FOR UNITED STATES' TO FILE OPPOSITIONS TO DEFENDANT'S MOTIONS AND DOCUMENTING THE EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT 18 U.S.C. § 3161 |

**STIPULATION**

Defendant Christopher Johnson is the sole defendant who has not entered a guilty plea in this case. Defendant Johnson filed motions on August 4, 2006. The United States' response to those motions was initially due on August 18, 2006 and was continued to October 31, 2006. The parties have attended two settlement conferences with the Honorable Charles R. Breyer and are making progress in settlement discussions. The parties need additional time to pursue these negotiations with Judge Breyer and request that the United States' time to respond to the motions filed by defendant Johnson be extended to December 28, 2006. The parties further request that the hearing date of November 6 be continued to January 8, 2007, or as soon thereafter as

///

///

1  convenient for the Court.  The parties further stipulate that an exclusion of time under the
2  Speedy Trial Act, 18 U.S.C. § 3161, is appropriate based on the pendency of the defendant's
3  motions.

5  STIPULATED:

7  DATED: 11/1/06                                        /S/
                                                         KIRSTIN M. AULT
8                                                        Assistant United States Attorney

10 DATED: 11/1/06                                        /S/
                                                         RANDALL KNOX
11                                                       Attorney for Defendant Johnson

**ORDER**

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the date for the United States to respond to defendant Johnson's motions to December 28, 2006, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 7, 2006, through January 8, 2007, or the date when the Court resolves the defendant's motions, whichever is later.  The parties agree, and the Court finds and holds, as follows:

1. Defendant Johnson is in custody.

2. Defendant Johnson agrees that the time for the United States to file its oppositions to his motions should be extended to December 28, 2006.

3. Defendant Johnson agrees that time is excluded under the Speedy Trial Act based upon the pendency of the motions he has filed in this matter.

4. The parties agree that the case should be referred for a settlement conference.

5. Given these circumstances, the Court (1) continues the date for the United States to respond to the defendant's motions to December 28, 2006; (2) sets a hearing date of January 8, 2007 for status or change of plea; and (3) documents the exclusion of time under the Speedy Trial Act from November 7, 2006 to January 8, 2007, or until the Court has decided the defendant's motions, whichever is later, pursuant to 18 U.S.C. § 3161(h)(1)(F).

IT IS SO ORDERED.

DATED: 11/3/06

CLAUDIA WILKEN
United States District Judge