1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 271-3059
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )    No.    CR 05-00651- CW
                                     )
13          Plaintiff,               )    STIPULATION AND ORDER
                                     )    CONTINUING TIME FOR UNITED
14  v.                               )    STATES' TO FILE OPPOSITIONS TO
                                     )    DEFENDANT'S MOTIONS AND
15  CHRISTOPHER JOHNSON,             )    DOCUMENTING THE EXCLUSION OF
                                     )    TIME UNDER THE SPEEDY TRIAL ACT
16          Defendant.               )    18 U.S.C. § 3161 **AS MODIFIED**
    _____)                    .
17

18                        **<u>STIPULATION</u>**

19          Defendant Christopher Johnson is the sole defendant who has not entered a guilty plea in

20  this case.  Defendant Johnson filed motions on August 4, 2006.  The United States' response to

21  those motions was initially due on August 18, 2006 and was continued to October 31, 2006 and

22  then to December 28, 2006.  The parties then attended two settlement conferences with the

23  Honorable Charles R. Breyer during which the defendant was represented by attorney Randall

24  Knox.  In or about early November of 2006, the defendant obtained new counsel, attorney

25  Michael Semansky.  Mr. Semansky wishes to continue the settlement process that was begun

26  with previous counsel; however, he needs time to review the case files to prepare to effectively

27  participate in settlement discussions and provide appropriate advice to his client.  In addition,

28  Mr. Semansky had an extended vacation scheduled during the month of December.  Because

drafting responses to the motions that have been filed in this case may change the United States'

settlement position, the parties request that the United States' time to respond to motions be

extended to February 13, 2007.  The parties further request that the next hearing date in this

matter be continued to February 20, 2007, or as soon thereafter as the Court is available.  The

parties believe that this time is necessary for Mr. Semansky to become familiar with the case and

for the parties to complete the settlement process with Judge Breyer.   The parties further

stipulate that an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, is appropriate

based on the pendency of the defendant's motions, the need for continuity of counsel, and the

need for new defense counsel to effectively prepare to counsel his client and defend the case.

Time in this case was previously excluded through January 8, 2007.

STIPULATED:


DATED:  01/03/2007                                    /s/
                                          KIRSTIN M. AULT
                                          Assistant United States Attorney



DATED:  01/03/2007                                    /s/
                                          MICHAEL SEMANSKY
                                          Attorney for Defendant Johnson

2

## ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the date for the United States to respond to defendant Johnson's motions to February 8, 2007, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 8, 2007, through **February 26, 2007**, or the date when the Court resolves the defendant's motions, whichever is later.  The parties agree, and the Court finds and holds, as follows:

1.  Defendant Johnson is in custody.

2.  Defendant Johnson agrees that the time for the United States to file its oppositions to his motions should be extended to February 8, 2007.

3.  Defendant Johnson agrees that time is excluded under the Speedy Trial Act based upon the pendency of the motions he has filed in this matter, as well as the need for continuity and effective preparation of defense counsel.

4.  Given these circumstances, the Court (1) continues the date for the United States to respond to the defendant's motions to February 8, 2007; (2) vacates the hearing date of January 8, 2007, and sets a hearing date for **February 26, 2007**, for hearing on motions or change of plea; and (3) documents the exclusion of time under the Speedy Trial Act from January 8, 2007 to **February 26, 2007**, or until the Court has decided the defendant's motions, whichever is later, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(iv).

IT IS SO ORDERED.

DATED:_____           1/3/07

_____
CLAUDIA WILKEN
United States District Judge