MICHAEL PETER SEMANSKY, ESQ. (#048650)
SEMANSKY LAW FIRM
535 MAIN STREET, THIRD FLOOR
MARTINEZ, CALIFORNIA 94553
TELE: (925) 372-8766
FAX:  (925) 372-9436

Attorney for Defendant
CHRISTOPHER JOHNSON

RECEIVED
FEB - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



FILED
FEB - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY,<br><br>Defendants. | Docket No.:  CR05-00651 CW<br><br>~~PROPOSED~~ ORDER APPROVING SUBSTITUTION OF ATTORNEYS |

Having received the substitution of attorneys in the above-entitled action,

IT IS HEREBY ORDERED that Semansky Law Firm be allowed to represent defendant CHRISTOPHER JOHNSON in lieu of Randall Knox in the above-entitled action, *on condition that no dates will be changed as a result of the substitution.*

DATED: FEB - 8 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

-1-

PROPOSED ORDER APPROVING SUBSTITUTION OF ATTORNEYS