IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-05-00651 CW |
|     Plaintiff, | ORDER FOR PRETRIAL PREPARATION FOR CRIMINAL JURY TRIAL |
| v. | |
| CHRISTOPHER JOHNSON, | |
|     Defendant. | |
| _____/ | |

Good cause appearing, it is hereby ordered that:

1. TRIAL DATE

    a.  Jury trial will begin on May 21, 2007, at 8:30 A.M., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

    b.  The length of trial will be not more than 5 days.

2. DISCOVERY

    Both sides will comply with the Federal Rules of Criminal Procedure, Crim. L.R. 16-1, and the United States will comply with Brady v. Maryland, 373 U.S. 83 (1963) and United States v. Agurs 427 U.S. 97 (1976).

3. MOTIONS

    The time for filing pretrial motions has passed.

4. PRETRIAL CONFERENCE

    a.  A pretrial conference will be held on Monday, April 30, 2007, at 2:00 P.M., in Courtroom 2.  It shall be attended by the attorneys who will try the case.

b. **Not less than one week prior to the pretrial conference,** counsel shall comply with Crim. L.R. 17.1-1(b).

c. Jury instructions §1.1 through §1.12, §3.1 through §3.10 and §7.1 through §7.6 from the Manual of Model Jury Instructions for the Ninth Circuit (2003) will be given absent objection. Counsel shall jointly submit one set of additional proposed jury instructions, ordered in a logical sequence, together with a table of contents, using the Ninth Circuit Manual where possible, or Devitt and Blackmar or CALJIC, **not less than one week prior to the pretrial conference**. Any instructions on which counsel cannot agree shall be marked as "disputed," and shall be included within the jointly submitted instructions and accompanying table of contents, in the place where the party proposing the instruction believes it should be given. Argument and authority for and against each disputed instruction shall be included as part of the joint submission, on separate sheets directly following the disputed instruction. Counsel for the United States shall submit a verdict form. The attached voir dire will be given to the venire members. Counsel should submit an agreed upon set of additional requested voir dire questions to be posed by the Court. Any voir dire questions on which counsel cannot agree shall be submitted separately. Counsel will be allowed brief follow-up voir dire after the Court's questioning. Any motions in limine should be noticed for hearing at the pretrial conference in accordance with Criminal Local Rule 47-2.

5. JURY SELECTION

The Jury Commissioner will summon 35 to 40 prospective

2

1  jurors.  The Courtroom Deputy will select their names at random
2  and seat them in the courtroom in the order in which their names
3  are called.
4      Voir dire will be asked of sufficient venire persons so that
5  twelve (plus a sufficient number for alternates) will remain after
6  all peremptory challenges and an anticipated number of hardship
7  dismissals and cause challenges have been made.
8      The Court will then take cause challenges, and discuss
9  hardship claims from the individual jurors, outside the presence
10 of the venire.  The Court will inform the attorneys which hardship
11 claims and cause challenges will be granted, but will not announce
12 those dismissals until the process is completed.  Peremptory
13 challenges will be made in writing and passed between counsel in
14 accordance with Crim. L.R. 24-2 and 24-3.  The Court will strike
15 the persons with meritorious hardships, those excused for cause,
16 and those challenged peremptorily, and call the first twelve
17 people (plus alternates) in numerical sequence remaining.  Those
18 people will be the jury.

     2/28/07

Dated: _____        _____
                                   CLAUDIA WILKEN
                                   United States District Judge

3

JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly.  Since we want to make copies for the attorneys and the Court, do not write on the back of any page.  If you need more room, continue at the bottom of the page.  Thank you for your cooperation.

1. Your name: _____

2. Your age: _____

3. The City where you live:_____
_____

4. Your place of birth: _____

5. Do you rent or own your own home? _____

6. Your marital status: (circle one)

    single    married    separated    divorced    widowed

7. What is your occupation, and how long have you worked in it?  (If you are retired, please describe your main occupation when you were working).
_____
_____

8. Who is (or was) your employer?
_____

9. How long have you worked for this employer? _____

10. Please list the occupations of any adults with whom you live.
_____

11. If you have children, please list their ages and sex and, if they are employed, please give their occupations.
_____
_____
_____
_____

12.  Please describe your educational background:

Highest grade completed: _____

College and/or vocational schools you have attended:

_____

_____

_____

_____

Major areas of study:_____

13.  Have you ever served on a jury? _____  No. of times?_____

If yes:  State/County Court _____  Federal Court _____

When? _____

Was it a civil or criminal case? _____

_____

_____

Did any of the juries reach a verdict? _____

(Rev. 1/07)