IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHRISTOPHER JOHNSON,

    Defendant.
                                 /

No. CR 05-00651CW

ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION

    Defendant was sentenced on September 12, 2007.  On September 21, 2007, Defendant, acting pro se, filed a notice of appeal. (Docket # 322).  On the same day, Defendant, acting pro se, filed a motion for reconsideration.  (Docket # 321).  On September 24, 2007, judgment was entered against Defendant.  (Docket # 318).  On September 26, 2007, the clerk of the court transmitted Defendant's notice of appeal and docket sheet to the Ninth Circuit.  On October 2, 2007, the Ninth Circuit assigned case number 07-10463 to Defendant's appeal.

    On October 16, 2007, the Ninth Circuit issued an Order Regarding Counsel of Record and Filing Fee/In Forma Pauperis (IFP) Application.  (Docket # 326).  The order states that attorney Semansky, who has not been granted leave to withdraw by the

district court or the Ninth Circuit, remains on the docket as retained counsel of record for Defendant. The order lists the duties of appellate counsel and the procedure counsel must use, pursuant to Ninth Circuit Rule 4-1(c), if he wished to withdraw. The Ninth Circuit Order also indicates that, within twenty-one days from the date of the order, Appellant/Defendant must pay to the district court the $455 filing and docketing fees for his appeal and file in the Ninth Circuit proof of such payment or a motion to proceed in forma pauperis.

On October 17, 2007, Defendant filed a letter addressed to this Court, requesting leave to proceed IFP on appeal and for appointment of appellate counsel.

Because this case is now before the Ninth Circuit, this Court no longer has jurisdiction over it. However, for the benefit of Defendant, his attorney, and the Ninth Circuit Court of Appeals, the Court indicates that the motion for reconsideration is without merit and would be denied.

Defendant is advised that attorney Semansky continues to be his counsel of record unless and until he is granted leave to withdraw by the Ninth Circuit. Defendant is advised to consult with his attorney regarding his request to proceed IFP and his request for appointment of counsel.

Dated: 11/5/07

CLAUDIA WILKEN
United States District Judge

2

3